Filed 5/7/25  P. v. Galaviz CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

|  |  |
|---|---|
| THE PEOPLE, <br><br> Plaintiff and Respondent, <br><br> v. <br><br> MICHAEL GALAVIZ, <br><br> Defendant and Appellant. | D084159 <br><br><br> (Super. Ct. No. SCD301897) |

APPEAL from a judgment of the Superior Court of San Diego County, Michael J. Popkins, Judge.  Affirmed.

Matthew Johnson, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Plaintiff and Respondent.

MEMORANDUM OPINION

Michael Galaviz appeals from a judgment of conviction and sentence following a guilty plea.  His appellate counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) and *Anders v. California* (1967) 386 U.S. 738 (*Anders*).  We notified Galaviz of his right to file a supplemental brief, and he has not done so.  Based on our independent review of the record, we find no reasonably arguable appellate issues and affirm the judgment.

In a felony complaint filed January 8, 2024 (all further dates are to 2024), the People charged Galaviz with one count of unlawfully manufacturing a weapon while confined in a penal institution (Pen. Code,[1] § 4502, subd. (b)) and alleged he suffered 11 probation denial priors (§ 1203, subd. (e)(4)) between 1996 and 2021 and a strike prior (§§ 667, subd. (b)–(i), 1170.12, & 668).

On January 12, Galaviz filed a *Faretta/Lopez*[2] waiver and requested he proceed as a self-represented litigant. The trial court denied the motion without prejudice and appointed the Office of the Public Defender.

At the arraignment on January 17, the trial court suspended proceedings pending a mental competency examination pursuant to section 1368. On February 29, the court received Dr. Matthew Carroll's report and found Galaviz not mentally competent to stand trial and committed him to Patton State Hospital for the maximum term of two years. A judgment of mental incompetency and order for commitment was entered. (§§ 1370, 1372, subd. (a)(2).)

On March 21, the court found Galaviz restored to mental competency and reinstated criminal proceedings. He was arraigned on March 26 and entered a plea of not guilty and denial of all allegations.

On April 29, Galaviz entered a change of plea. He pled guilty to violating section 4502, subdivision (b), and admitted the strike prior. His appointed counsel concurred in the guilty plea and waiver of constitutional rights. The trial court sentenced him to the low term of 16 months and dismissed the strike prior and probation denial priors pursuant to

---

[1] All statutory references are to the Penal Code.

[2] *Faretta v. California* (1975) 422 U.S. 806 and *People v. Lopez* (1977) 71 Cal.App.3d 568.

section 1385.  The sentence was run concurrent to a stipulated two-year sentence in case No. SCS328095, in which Galaviz pled guilty to failing to register as a sex offender (§ 290.018, subd. (b).)

Galaviz's appellate counsel has filed a brief pursuant to *Wende, supra*, 25 Cal.3d 436 and *Anders, supra*, 386 U.S. 738, setting forth a statement of the case and statement of facts, urging no grounds for reversal of the judgment, and asking this court to independently review the record for error. Counsel identifies the following issue to assist the court in its review: "Whether the trial counsel erred in not investigating Mental Health Diversion for Mr. Galaviz pursuant to section 1001.36."  We have reviewed the entire record as required by *Wende* and *Anders*.  We have not discovered any arguable issues for reversal on appeal.  Competent counsel has represented Galaviz on this appeal.

DISPOSITION

The judgment is affirmed.

DO, J.

WE CONCUR:

McCONNELL, P. J.

IRION, J.

3